1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   MEGAN T. HOPKINS, Bar #294141
    VICTOR M. CHAVEZ, Bar #113752
3   Assistant Federal Defenders
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    MARTIN CARRANZA-SANCHEZ

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 1:16-cr-00032 DAD-BAM
                                       )
12                 *Plaintiff*,        )  STIPULATION TO CONTINUE SENTENCING
                                       )  HEARING; ORDER
13  vs.                                )
                                       )
14  MARTIN CARRANZA-SANCHEZ,           )  DATE:  February 21, 2017
                                       )  TIME:   10:00 a.m.
15                 *Defendant*.        )  JUDGE;  Hon. Dale A. Drozd
                                       )

16

17          **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney Angela L. Scott, counsel for Plaintiff, and Assistant

19  Federal Defenders, Megan T. Hopkins and Victor M. Chavez, counsel for Defendant Martin

20  Carranza-Sanchez, that **the sentencing hearing set for February 6, 2017 at 10:00 a.m., may be**

21  **continued to February 21, 2017 at 10:00 a.m.**  The corresponding dates for filing objections

22  may be reset with Informal Objections filed on January 23, 2017 and Formal Objections filed on

23  February 13, 2017.

24          The defense proposes this stipulation because Assistant Federal Defender Megan

25  Hopkins unexpectedly had to travel out of state on a personal matter.

26  //

27  //

28  //

Dated:  January 10, 2017

PHILLIP A. TALBERT
United States Attorney


*/s/ Angela L. Scott*
ANGELA L. SCOTT
Assistant United States Attorney
Attorney for Plaintiff


Dated:  January 10, 2017

HEATHER E. WILLIAMS
Federal Defender


*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
MEGAN T. HOPKINS
Assistant Federal Defenders
Attorney for Defendant
MARTIN CARRANZA-SANCHEZ


# **O R D E R**

**IT IS SO ORDERED.** Sentencing is continued to February 21, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **January 10, 2017**

_____
UNITED STATES DISTRICT JUDGE